Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 471-0065 / Fax: (702) 471-0075
Email: rgubler@mjohnsonlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TEAIRA SHORTER, | Case No. 2:16-cv-00971 |
| Plaintiff, | |
| vs. | |
| The CITY OF LAS VEGAS, a political subdivision; CITY OF LAS VEGAS DETENTION CENTER; The CITY OF NORTH LAS VEGAS, a political subdivision; Detention Correctional Officer Jane Doe VENEZUELA, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; Detention Correctional Officer V. HIJAR, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; IFEANYI MADU, RN, individually and in her capacity as an agent of the City of Las Vegas Detention Center; JOE HALPIN, RN, individually and in his capacity as an agent of the City of Las Vegas Detention Center; John Doe Director, individually and in his or her official capacity as Director of the City of Las Vegas Detention Center; Doe Detention Correctional Officers 1 through X, inclusive; John Does 1 through X, inclusive, | **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE** |
| Defendants. | |

Before the Court is Plaintiff's Motion to Extend Time for Service (the "Motion"), filed herein by Plaintiff, TEAIRA SHORTER. The Court has considered the Motion, and finds that good cause exists to grant the Motion. IT IS, THEREFORE,

1

**ORDERED** that Plaintiff shall effectuate service of the Summons and the Complaint upon Defendant Venezuela and Defendant Madu on or before September 27, 2016

DATED: July 29, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
JOHNSON & GUBLER, P.C.

_____
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117

Attorneys for Plaintiff

2