Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 471-0065 / Fax: (702) 471-0075
Email: rgubler@mjohnsonlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TEAIRA SHORTER, | Case No. 2:16-cv-00971 |
| Plaintiff, | |
| vs. | |
| The CITY OF LAS VEGAS, a political subdivision; CITY OF LAS VEGAS DETENTION CENTER; The CITY OF NORTH LAS VEGAS, a political subdivision; Detention Correctional Officer Jane Doe VENEZUELA, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; Detention Correctional Officer V. HIJAR, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; IFEANYI MADU, RN, individually and in her capacity as an agent of the City of Las Vegas Detention Center; JOE HALPIN, RN, individually and in his capacity as an agent of the City of Las Vegas Detention Center; John Doe Director, individually and in his or her official capacity as Director of the City of Las Vegas Detention Center; Doe Detention Correctional Officers 1 through X, inclusive; John Does 1 through X, inclusive, | **ORDER GRANTING STIPULATION TO AMEND PLEADINGS** |
| Defendants. | |

Before the Court is the parties' Stipulation to Amend Pleadings, filed herein by Plaintiff, TEAIRA SHORTER. The Court has considered the Stipulation, and finds that good cause exists to grant the Motion. IT IS, THEREFORE,

**ORDERED** that Plaintiff may amend her Verified Complaint on file herein. Specifically, Plaintiff may file the proposed Verified First Amended Complaint, attached to the Stipulation to Amend Pleadings.

IT IS SO ORDERED.

DATED: August 29, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
_____
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117

Attorneys for Plaintiff