S. Brent Vogel, Esq.
Nevada Bar No. 6858
John M. Orr, Esq.
Nevada Bar No. 14251
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard #600
Las Vegas, NV 89118
(702) 229-6629 (office)
(702) 386-1749 (fax)
Attorneys for Defendants
CITY OF LAS VEGAS, CORRECT CARE SOLUTIONS DEFENDANTS,
TRACEY VALUENZUELA, TIMOTHY SHATTLER AND
MICHELE FREEMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEAIRA SHORTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>The CITY OF LAS VEGAS, a political subdivision; CITY OF LAS VEGAS DETENTION CENTER; The CITY OF NORTH LAS VEGAS, a political subdivision; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; Detention Correction Officer TRACEY VALENZUELA, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; Detention Correctional office VALERIE HIJAR, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; IFEANYI MADU, RN, individually and in her capacity as an agent of the City of Las Vegas Detention Center; JOE HALPIN, RN, individually and in his capacity as an agent of the City of Las Vegas Detention Center; MICHELE FREEMAN, individually and in her official capacity as Director of the City of Las Vegas Detention Center; TIMOTHY SHATTLER, individually and in his official capacity as Deputy Detention and Enforcement Director; Doe Detention Correctional Officers I through X, inclusive; John Does I through X, inclusive,<br><br>    Defendants. | CASE NO. 2:16-cv-00971<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |

4846-8790-4136.1

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the deadline for the Joint Pretrial Order be extended fourteen (14) days from the current deadline of February 19, 2019, to **March 6, 2019**.

Dated this 19th day of February, 2019.

JOHNSON & GUBLER, P.C.

By: */s/ Russell G. Gubler*
Matthew L. Johnson, Esq.
Nevada Bar No. 6004
Russell G. Gubler, Esq.
Nevada Bar No. 10889
Lakes Business Park
8831 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Dated this 19th day of February, 2019.

LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ John M. Orr*
S. Brent Vogel, Esq.
Nevada Bar No. 6858
John M. Orr, Esq.
Nevada Bar No. 14251
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Correct Care Solutions, LLC Defendants*

Dated this 19th day of February, 2019.

LAS VEGAS CITY OF ATTORNEY'S OFFICE

By: */s/ John A. Curtis*
John A. Curtis, Esq.
Nevada Bar No. 1841
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant City of North Las Vegas and Valerie Hijar*

## **ORDER**

IT IS SO ORDERED.

Dated: February 21, 2019

_____
United States Magistrate Judge