S. Brent Vogel, Esq.
Nevada Bar No. 006858
John M. Orr, Esq.
Nevada Bar No. 014251
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard #600
Las Vegas, NV 89118
(702) 229-6629 (office)
(702) 386-1749 (fax)
Attorneys for Defendants
CITY OF LAS VEGAS, CORRECT CARE SOLUTIONS DEFENDANTS,
TRACEY VALUENZUELA, TIMOTHY SHATTLER AND
MICHELE FREEMAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEAIRA SHORTER, | CASE NO. 2:16-cv-00971 |
| Plaintiff, | |
| vs. | |
| The CITY OF LAS VEGAS, a political subdivision; CITY OF LAS VEGAS DETENTION CENTER; The CITY OF NORTH LAS VEGAS, a political subdivision; CORRECT CARE SOLUTIONS, LLC, a foreign limited liability company; Detention Correction Officer TRACEY VALENZUELA, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; Detention Correctional office VALERIE HIJAR, individually and in her official capacity as Detention Correctional Officer of the City of Las Vegas Detention Center; IFEANYI MADU, RN, individually and in her capacity as an agent of the City of Las Vegas Detention Center; JOE HALPIN, RN, individually and in his capacity as an agent of the City of Las Vegas Detention Center; MICHELE FREEMAN, individually and in her official capacity as Director of the City of Las Vegas Detention Center; TIMOTHY SHATTLER, individually and in his official capacity as Deputy Detention and Enforcement Director; | **STIPULATION AND ORDER TO DISMISS** |

4841-8806-7740.1

Doe Detention Correctional Officers I through X, inclusive; John Does I through X, inclusive,

Defendants.

IT IS HEREBY STIPULATED by and between Defendant CORRECT CARE SOLUTIONS, by and through its counsel, S. Brent Vogel, Esq. and John M. Orr, Esq. of Lewis Brisbois Bisgaard & Smith LLP, Defendant CITY OF LAS VEGAS, by and through its counsel, John A. Curtas, Esq. of The Las Vegas City Attorney's Office, and Plaintiffs, by and through their counsel, Matthew L. Johnson, Esq. of Johnson & Gubler PC, do hereby stipulate and agree that all Plaintiff's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

DATED: ~~July~~ August 1, 2019
LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
S. BRENT VOGEL
Nevada Bar No. 006858
AMANDA J. BROOKHYSER
Nevada Bar No. 11526
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel. 702.893.3383
*Attorneys for Defendants Correct Care Solutions*

DATED: July ___, 2019

LAS VEGAS CITY ATTONEY

_____
JOHN A. CURTAS, ESQ.
495 S. Main Street, Sixth Floor
Las Vegas NV 89101
*Attorneys for Defendant City of Las Vegas*

DATED: July 19th, 2019
JOHNSON & GUBLER PC

_____
MATTHEW L. JOHNSON
Nevada Bar No. 6004
8831 W. Sahara Ave.,
Las Vegas, NV
*Attorneys for Plaintiffs*

Ashveen S. Dhillon
NV Bar No. 14189
for Matthew L. Johnson

4841-8806-7740.1

2

| | |
|---|---|
| 1 | Doe Detention Correctional Officers I through X, inclusive; John Does I through X, inclusive, |
| 2 | |
| | Defendants. |
| 3 | |

IT IS HEREBY STIPULATED by and between Defendant CORRECT CARE SOLUTIONS, by and through its counsel, S. Brent Vogel, Esq. and John M. Orr, Esq. of Lewis Brisbois Bisgaard & Smith LLP, Defendant CITY OF LAS VEGAS, by and through its counsel, John A. Curtas, Esq. of The Las Vegas City Attorney's Office, and Plaintiffs, by and through their counsel, Matthew L. Johnson, Esq. of Johnson & Gubler PC, do hereby stipulate and agree that all Plaintiff's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

DATED: July ___, 2019
LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
S. BRENT VOGEL
Nevada Bar No. 006858
AMANDA J. BROOKHYSER
Nevada Bar No. 11526
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel. 702.893.3383
*Attorneys for Defendants Correct Care Solutions*

DATED: July ___, 2019

LAS VEGAS CITY ATTONEY

_____
JOHN A. CURTAS, ESQ.
495 S. Main Street, Sixth Floor
Las Vegas NV 89101
*Attorneys for Defendant City of Las Vegas*

DATED: July 19th 2019
JOHNSON & GUBLER PC

_____
MATTHEW L. JOHNSON
Nevada Bar No. 6004
8831 W. Sahara Ave.,
Las Vegas, NV
*Attorneys for Plaintiffs*
Ashveen S. Dhillon
NV Bar No. 14189
for Matthew L. Johnson

## ORDER

Based upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED this matter be dismissed in it's entirety with prejudice, each party to bear their own fees and costs.

DATED this __9th__ day of August, 2019.

_____
DISTRICT COURT JUDGE
KENT J. DAWSON

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *John M. Orr*
_____
S. BRENT VOGEL
Nevada Bar No. 006858
JOHN M. ORR
Nevada Bar No. 14251
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel. 702.893.3383
*Attorneys for Defendants Correct Care Solutions*